**SEALED**

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
Jun 16, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>v.<br>MIGUEL ANGEL DORANTES,<br>aka MIGUEL CASTRO,<br><br>*Defendant(s)* | Case No. 1:25-mj-00067-SAB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of November 2021 and April 2025 in the county of Fresno and Kings in the Eastern District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and (e) | Sexual Exploitation of a Minor and Attempt (up to 30 years of imprisonment, mandatory minimum of 15 years; up to $250,000 fine; up to lifetime of supervised release, mandatory minimum of 5 years; $100 SA) |
| 18 U.S.C. § 22512(a)(2) | Receipt of Material Involving the Sexual Exploitation of a Minor (up to 20 years of imprisonment, mandatory minimum of 5 years; up to $250,000 fine; up to lifetime of supervised release, mandatory minimum of 5 years; $100 SA) |
| 18 U.S.C. § 1470 | Transfer of Obscene Material to a Minor (up to 10 years of imprisonment; $250,000 fine; 3 years of supervised release; $100 SA) |

This criminal complaint is based on these facts:

See attached affidavit of SA Jonathan Chang attached hereto and incorporated herein by this reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Jonathan Chang, Special Agent, HSI
*Printed name and title*

Sworn to before me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: Jun 13, 2025

*Judge's signature*

City and state: Fresno, California     Hon. Stanley A. Boone, U.S. Magistrate Judge
*Printed name and title*

MICHELE BECKWITH
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ANGEL DORANTES,<br>    aka MIGUEL CASTRO,<br><br>Defendant. | CASE NO.<br><br>AFFIDAVIT OF JONATHAN CHANG IN SUPPORT OF CRIMINAL COMPLAINT |

I, Jonathan Chang, being first duly sworn, depose and state as follows:

### I.     INTRODUCTION

1.     This affidavit is in support of a criminal complaint and issuance of an arrest warrant for **Miguel Angel DORANTES** (hereinafter referred to as **DORANTES**) for violations of 18 U.S.C. §§ 2251(a) and (e) (sexual exploitation of a minor and attempt), 2252(a)(2) (receipt of material involving the sexual exploitation of a minor), and 1470 (transfer of obscene material to a minor). Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that within the approximate time frame of November 2021 to April 2025, within the Eastern District of California, **DORANTES** used, persuaded, induced, or enticed a minor to engage in sexually explicit conduct, as defined in § 2256, for the purposes of producing a visual depiction of such conduct, and attempted to do so, in violation of § 2251(a) and (e). There is also probable cause to believe that in or

about November 2021, within the Eastern District of California, **DORANTES** received material depicting minors engaged in sexually explicit conduct, as defined in § 2256, and in violation of § 2252(a)(2). There is also probable cause to believe that in or about November 2021, within the Eastern District of California, **DORANTES** knowingly transferred obscene matter to individuals who had not attained the age of 16 years, knowing that such individual had not attained the age of 16 years, using a facility or means of interstate or foreign commerce in violation of § 1470.

2.  The information contained in this affidavit is based upon my personal knowledge of the investigation, my training and experience, and information related to me by other law enforcement officers and/or agents. Because this affidavit is written solely for the purpose of establishing probable cause for a criminal complaint and issuance of an arrest warrant, every detail of the investigation has not been included herein.

## II.     AGENT'S BACKGROUND AND EXPERTISE

3.  I am a Special Agent with the United States Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), presently assigned to the Office of the Resident Agent in Charge in Fresno, California ("HSI Fresno"). I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C). I have been employed as an HSI Special Agent ("SA") since February 2022. Since becoming an HSI SA, I have worked cases in a variety of areas. My experience includes investigating human smuggling, narcotics smuggling and distribution, and a variety of other federal crimes. In addition, during my time as an HSI SA, I have also conducted and participated in federal investigations involving child exploitation. I have also participated in numerous State-level investigations and operations involving the same. Prior to my tenure as an HSI SA, I was a United States Customs and Border Protection Officer ("CBPO") at the San Ysidro Port of Entry, Southern Border for 6 years. My responsibilities as a CBPO consisted of enforcing immigration and customs laws, interviewing travelers to determine admissibility, and a variety of CBP related duties. Additionally, I received my Bachelor's Degree in Child Development at California State University Fresno and am currently pursuing a Master's Degree in Digital Forensics at Champlain University.

4.  In July 2023, I attended the Federal Law Enforcement Training Center ("FLETC") training, which is an approximately fifteen-week course that provides training in a multitude of

programmatic areas, including but not limited to, narcotics investigations, crimes against children, cyber investigation, and immigration related fields.

5. As part of my duties as an HSI SA, I investigate criminal violations relating to the sexual exploitation of children and the illegal production, distribution, receipt, and possession of material involving depictions of minors engaged in sexually explicit conduct. As part of my duties, I have observed and reviewed numerous examples of depictions of minors engaging in sexually explicit conduct, as defined in § 2256, in all forms of media, including computer media.

### III. DEFINITIONS

6. The following definitions apply to this affidavit:

   a) The term "minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

   b) The term "sexually explicit conduct," as used in 18 U.S.C. § 2256(2)(A), is defined as actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic areas of any person.

   c) The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disk or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

   d) The term "child pornography," as defined in 18 U.S.C. § 2256(8), means any visual depiction, including any photograph, film, video, picture, or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means of sexually explicit conduct, where (a) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; (b) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct; or (c) such visual depiction has been created, adapted or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

   e) "Internet Protocol address" (IP address), as used herein, is a code made up of

1  numbers separated by dots that identifies a particular computer on the Internet. Every computer requires
2  an IP address to connect to the Internet. IP addresses can be dynamic, meaning that the Internet service
3  provider assigns a different unique number to a computer every time it accesses the Internet. IP
4  addresses might also be static if an Internet service provider assigns a user's computer a particular IP
5  address each time the computer accesses the Internet.

## IV.    STATEMENT OF PROBABLE CAUSE

**Minor Victim 1 – Fresno Police Department Case**

8    7.    On or about November 9, 2021, an officer with the Fresno Police Department (FPD) was dispatched to a confidential location in Clovis, California, in the Eastern District of California, to assist the Clovis Police Department (CPD). CPD had been dispatched to check the welfare of a fifteen-year-old female, hereinafter referred to as Minor Victim 1 or MV1, who was possibly suicidal due to an individual on Instagram threatening to post nude images and a video of MV1 to social media.

13    8.    MV1 indicated that she met the individual on Instagram a few days prior. Based upon my knowledge, training, and experience, I know that Instagram is an online social media platform where users share photos, videos, and stories, follow others, and engage through likes, comments, and messages using the internet. MV1 stated that she began to follow Instagram user "ben_dover20" on Instagram on November 6, 2021. MV1 had asked "ben_dover20" if he sold nicotine pens. During the conversation, "ben_dover20" asked MV1 her age. MV1 told him she was fifteen years old.

19    9.    After the conversation continued about providing MV1 with the nicotine pens, "ben_dover20" sent MV1 a picture of a penis. MV1 questioned "ben_dover20" about why he sent her the picture of a penis. In response, MV1 said "ben_dover20" told her she was pretty. She said they continued to discuss the nicotine pens, and MV1 asked what he wanted. She said "ben_dover20" told her he wanted "nudes." MV1 said she eventually sent "ben_dover20" a photo and video of herself on Instagram.

25    10.    MV1 transitioned the conversation with "ben_dover20" to Snapchat. Based upon my knowledge, training, and experience, I know that Snapchat is an online social media application that allows users to send photos, videos, and messages that disappear after being viewed. MV1 stated that on Snapchat, she sent "ben_dover20" four photos of her nude breasts, two of her vagina, four of her

1  buttocks, and an approximately 30 second video of her masturbating. MV1 said at the direction of
2  "ben_dover20," she held her phone between her legs showing her vagina open and fully exposed.
3      11.    MV1 indicated that on or about November 7, 2021, she and "ben_dover20" discussed
4  meeting at a Walgreens so he could provide her the nicotine pens.  MV1 said her mother drove her to the
5  Walgreens, and MV1 entered the Walgreens alone. MV1 saw a male individual in an aisle at the
6  Walgreens. The male dropped a vape pen in a mask display and walked away. MV1 picked up the vape
7  pen and walked the opposite way. MV1 then returned to her mother's car. MV1 described the individual
8  as a male, approximately 31 years of age, with a receding hairline.
9      12.    MV1 said that on Monday, November 8, 2021, "ben_dover20" told her that he wanted
10 more pictures of her.  She declined to send more, and "ben_dover20" said he would begin posting her
11 pictures on social media if she did not send more to him.  She said "ben_dover20" eventually said that if
12 she could have one of her friends send him pictures, then he would not post MV1's pictures on social
13 media. MV1 also stated that "ben_dover20" coaxed her into a video chat on Snapchat in which both
14 would mutually masturbate and watch each other. MV1 remembered hearing "ben_dover20" masturbate
15 and moaning on the video chat. MV1 reported that "ben_dover20" ejaculated and showed MV1 the
16 "white solid liquid" in his hand.
17     13.    MV1 said the threats about posting her pictures on social media continued to November
18 9, 2021.  MV1 said she told one of her friends, hereinafter referred to as Minor Victim 2 or MV2, who
19 was also fifteen years old, about the threats from "ben_dover20."  MV2 eventually sent "ben_dover20"
20 nude images of herself, which is discussed further below.
21     14.    On or about November 19, 2021, detectives with the Central California Internet Crimes
22 Against Children (ICAC) Task Force went to the Walgreens where MV1 said she met the male
23 individual for the nicotine pen. The detectives obtained security camera footage and observed the
24 suspect, who matched the description provided by MV1, driving up to said location in a gray Honda 4
25 door sedan. The suspect entered through the front entrance and then exited the Walgreens through the
26 same entrance approximately one minute later. Detectives also observed MV1 at said location during the
27 same timeframe.
28

**Review of MV1's Phone Extraction**

15. On or about November 9, 2021, FPD officers booked MV1's cellphone as evidence and conducted a forensic extraction on her cellphone. An ICAC detective reviewed MV1's cellphone extraction. The detective observed images and videos of MV1 exposing her breasts, buttocks, and vagina, and appearing to masturbate with a brush. The images and videos appeared to be consistent with the ones MV1 described she had sent to "ben_dover20" on Instagram. Metadata associated with the images and videos indicated they were created in late-October and November 2021.

16. The detective also located a screenshot of a conversation where MV1 appeared to be messaging "Ben Ddover" on Snapchat. In that screenshot, MV1 stated, "why hurt me when i've done nothing but try to please you but the second i said no you turn into a monster you told me you'd never do this to me." The "Ben Ddover" user on Snapchat replied, "Send the rest I said." He also said "Make me one rn while crying…that'd be super hot tbh. like fr. TAKE THOSE FUCKING PANTIES OFF LIKE THE LITTLE SLUT YOU ARE AND FUCK YOURSELF." Based on my knowledge, training, and experience, I know that "rn" stands for "right now," "tbh" stands for "to be honest," and "fr" stands for "for real."

**Minor Victim 2 – Fresno Police Department Case**

17. On or about November 10, 2021, at approximately 5:55 PM, an FPD officer was dispatched to a confidential location in response to a minor female sending nude photos to an adult via Snapchat. The FPD officer arrived and spoke with MV2. She indicated that she was friends with MV1 and had sent nude images of herself to an individual on Instagram.

18. MV2 stated that on or about November 9, 2021, MV1 had posted on Instagram a picture of herself stating, "I messed up bad this time. I don't think I'll be able to get out of it either." MV2 asked MV1 what was wrong. MV1 stated her "plug" had nude photos of her that she sent to him while intoxicated and was threatening to post them around school. Based upon my knowledge, training, and experience, I know that "plug" is often a reference to someone who sells illegal drugs. MV2 said that MV1 told her that MV1 met the individual at Walgreens for a vape pen. She said he later threatened to leak her nude photos if she did not send more photos or he would rape her. MV2 asked how she could

1  help MV1. MV1 stated that the individual requested her to do what he asked or have a friend send him
2  nude photos. MV2 agreed to help.

3    19. On or about November 9, 2021, MV2 stated she made a secondary Snapchat account and
4  added the individual on Snapchat after MV1 provided her with his username. MV2 recalled that the
5  individual's Snapchat account was something like "Ben or ben-dover." MV2 recorded two videos of
6  herself masturbating. One video was around thirty seconds long, and the second video around fifteen
7  seconds long. MV2 indicated that both videos were focused on her vagina while she masturbated with
8  her face and chest not shown in the videos.

9    20. MV2 stated that the individual replied to the videos, "This has to be a joke, right?" MV2
10 responded, "I'm sorry. I don't do this often. I tried my best." The individual replied, "I can teach you
11 later, baby girl," and proceeded to send MV2 a photo of a penis. MV2 said the individual then contacted
12 MV1 to have MV2 send more nude photos within twenty-five minutes of the last ones she had sent him.
13 MV2 said the individual appeared to save the videos she sent him within the Snapchat conversation but
14 did not appear to save them to his camera roll or screenshot them. Based upon my knowledge, training,
15 and experience, I know that on Snapchat you can save images in the specific message thread of the
16 application Snapchat and can only be seen when accessing that message thread from the application.
17 You can also choose to save the image or video onto your phone camera roll from the Snapchat
18 messaging thread. When asked if the individual knew MV2 was a minor, MV2 said he knew she was
19 MV1's friend. MV2 said she then deleted the videos she sent to the individual from the Snapchat
20 conversation, blocked the individual, and disabled her secondary Snapchat account.

21   21. MV2 stated that on or about November 10, 2021, an unknown account on Instagram with
22 a similar username as the Snapchat account for the individual she sent videos of herself to on Snapchat
23 had started following her on Instagram and began "liking" several of her photos. The Instagram account
24 was "ben_dover20." MV2 said she blocked the account. As she was speaking with the officer, MV2
25 unblocked the "ben_dover20" Instagram account. The officer noted that the Instagram profile appeared
26 to be the same profile as was involved with MV1.

27 **Review of MV2's Phone Extraction**

28   22. On or about November 9, 2021, a FPD officer booked MV2's cellphone as evidence and

conducted a forensic extraction on her cellphone. On the cellphone, an ICAC detective located messages between MV1 and MV2 from November 9, 2021, about MV2 agreeing to help MV1 by sending an individual nude videos of herself so the individual would not expose MV1's nude images and videos. The FPD detective also located several nude videos appearing to depict a female masturbating, which appeared consistent with the description provided by MV2 of the videos she sent the individual on Snapchat. Metadata associated with the videos indicated they were created in November 2021.

**State Search Warrant for Instagram Accounts of MV1, MV2 and the Suspect**

23. On or about November 24, 2021, the ICAC detective obtained a search warrant for information from the Instagram accounts for MV1, MV2, and the suspect's "ben_dover20" account. Returns from Instagram revealed messages between "ben_dover20" and MV1 from November 6 to November 9, 2021. Additionally, the Instagram returns showed that the "ben_dover20" account was utilizing internet protocol address 2601:0201:8300:2ff0:11fb:adcb:5b80:97fa on November 7, 2021, at approximately 18:20:06 UTC while accessing Instagram. Based upon my knowledge, training, and experience, I know that UTC stands for coordinated universal time or universal time coordinated.

24. The messages provided by Instagram between MV1 and "ben_dover20" started on or about November 6, 2021, at approximately 22:26:40 UTC. MV1, using her Instagram account, messaged "ben_dover20" asking if he sold vape pens. The user of the "ben_dover20" account responded by saying he does. They continue to converse and at one point, "ben_dover20" asked MV1 for her age. MV1 asked "ben_dover20" if it would change the outcome depending on what she answered. The "ben_dover20" user responded by saying it would not. He said he just did not want her to be twelve. MV1 responded by saying she is fifteen years old. The user of the "ben_dover20" account responded and said he had sold to younger people.

25. On or about November 7, 2021, at approximately 15:51:19 UTC, "ben_dover20" sent MV1 a picture of his penis. MV1 asked "ben_dover20" why he sent her that. MV1 said that she is not mad she just wanted to know why he sent her that image. The user of the "ben_dover20" account said he sent it because he thought she was cute. They continued to converse and eventually agreed that MV1 will be sending "ben_dover20" nude photographs and videos of herself in exchange for vape pens that

"ben_dover20" will provide. The user of the "ben_dover20" account said that each time he meets up with MV1 he can give her two nicotine pens.

26. On or about November 7, 2021, at approximately 18:06:45 UTC, MV1 sent "ben_dover20" directions to the Walgreens to where they both ended up meeting for the vape pen. That same day, MV1 also sent multiple images of herself laying on her bed in her bedroom. MV1 is depicted in the images completely nude exposing her breast and vagina to the camera.

27. The Instagram returns also contained messages sent from MV1's secondary Instagram account to "ben_dover20." MV1 had provided her secondary Instagram account name to law enforcement when she was interviewed. In the messages from MV1's secondary Instagram account, MV1 said, on November 9, 2021, "please just please don't show anyone my body. It's all i ask." A few messages later, she said, "talk to me please tell me what you're going to do now." She also said, "she's taking vids rn please i'm begging you please carlos just look." MV1 then sent a screenshot of what appeared to be MV1's messages with MV2 wherein MV2 said, "ok ill take them rn since i don't have videos."

**Interview and Arrest of Miguel Angel DORANTES**

28. On December 2, 2021, the ICAC detective served a state search warrant on Comcast for subscriber information related to IP address 2601:0201:8300:2ff0:11fb:adcb:5b80:97fa from November 7, 2021, at 18:20:06. The Comcast returns indicated that the subscriber address associated with that IP address was 5573 East Eugena Avenue, Fresno, California, and the subscriber of the account was Alex Salazar.

29. On March 25, 2022, ICAC detectives went to the 5573 East Eugenia Avenue address, located in the Eastern District of California. When detectives knocked on the front door of 5573 East Eugena Avenue, a male individual opened the door. The male individual was later identified as **Miguel Angel DORANTES** (hereinafter "**DORANTES**") after he provided his name and date of birth to the detectives.

30. **DORANTES** confessed he was the person that had drove to the Walgreens and gave MV1 a vape pen. **DORANTES** said the vehicle that he used to go to the Walgreens was his girlfriend's vehicle. **DORANTES** also admitted to asking MV1 for nude images and videos. **DORANTES** said that

1  MV1 had told him she was eighteen years old but later told him she was a minor. **DORANTES** said he
2  continued to ask MV1 for nude photographs and videos even after knowing she was a minor.
3  **DORANTES** also admitted to receiving nude photographs from MV2. **DORANTES** said he did not
4  know the age of the second victim. The Snapchat account that was used to contact the victim was
5  ben_dovver. **DORANTES** said he did not remember the exact name of the Instagram account he had
6  used to communicate with them, but it was "Ben something." **DORANTES** said that he knew what he
7  did was wrong, so since then he had deleted his accounts and no longer had any of the images or videos
8  of the victims. **DORANTES** said he knew he was wrong for doing that and should not have done it.
9  That same day, **DORANTES** was arrested, and his Apple iPhone 11 was seized as evidence by the
10 detective.

**Forensic Review of DORANTES' Cellphone**

31. On or about April 5, 2022, the ICAC detective obtained a state search warrant authorizing a forensic examination of **DORANTES**' Apple iPhone 11. In the "Device Information" of the cellphone, the detective observed that the serial number was listed as C8PCD612N72J and the listed model as N104AP. Based on my knowledge, training, and experience, and conversations with other experienced law enforcement officers, I know that iPhone models N104AP are manufactured in China. The phone number associated with the device was +15593679500.

32. In "Passwords," the detective located a password entry for the Discord application with an account name "ben_Dover69," and one for the Reddit application with password "_Ben_dover69_." Based upon my knowledge, training, and experience, I know that Discord is a messaging application where you can join different groups and share images and videos. Reddit is an application to search different topics and join different communities and be able to communicate with others searching for the same topics or have joined the same communities within the application.

33. No images or videos of MV1 or MV2 were located on **DORANTES**' cellphone.

**Minor Victim 3 – King's County Sherriff's Office Case**

34. On or about May 7, 2025, at approximately 12:15 AM, officers with the Kings County Sheriff's Office (KCSO) were dispatched to confidential location located in Kings County, in the Eastern District of California, regarding a possible sexual assault. KCSO officers were advised by other

1  law enforcement when they arrived that two parents had located pornography on their 14-year-old

2  daughter's phone, hereinafter referred to as Minor Victim 3 or MV3, involving MV3 and what appeared

3  to be an adult male.

4      35.    MV3's stepfather told law enforcement he had found two videos depicting MV3 having

5  vaginal and oral sexual intercourse with what appeared to be an adult male. He stated that the male

6  subject depicted in the videos appeared to be in his thirties. A KCSO officer then asked MV3 who was

7  the adult male she was having sexual relations with. MV3 said that the man's name was "Miguel," but

8  that she did not know his last name.

9      36.    MV3's stepfather stated that there was a contact on MV3's phone listed as "Miguel" with

10  the phone number 559-367-9500, the same number associated with the cellphone seized from

11  **DORANTES** on March 22, 2022, related to the cases involving MV1 and MV2. KCSO subsequently

12  booked MV3's phone into evidence and conducted a law enforcement database search for phone number

13  559-367-9500. Results indicated that phone number 559-367-9500 had a possible match to **Miguel**

14  **Angel DORANTES** out of Fresno, California, in the Eastern District of California.

15      37.    On or about May 7, 2025, a KCSO detective obtained a search warrant for MV3's

16  cellphone.  Upon reviewing MV3's cellphone, KCSO observed several homemade style videos of MV3

17  having vaginal intercourse with what appeared to be an adult male and several other videos of MV3

18  orally copulating what appeared to be an adult male. For all the videos, the KCSO detective indicated it

19  appeared that the male subject was holding the phone and recording the sexual acts. KCSO observed

20  that the phone number for the "Miguel" contact in MV3's phone was 559-367-9500.  KCSO also

21  indicated that the metadata associated with the video of MV3 orally copulating the adult male showed

22  that it was created in April 2025.  An inscription on the phone indicated it was manufactured in China.

23      38.    That day, at approximately 3:31 PM, the KCSO detective was contacted by other law

24  enforcement who advised that MV3 was involved in a verbal argument with her parents and was found

25  using a friend's phone to contact "Miguel." A KCSO detective contacted MV3's friend who advised that

26  MV3 had come over to her residence to contact "Miguel" with her cellphone. The mother of MV3's

27  friend gave consent for the KCSO deputy to check MV3's friend's cellphone. The KCSO deputy

28  observed an active text message thread with phone number 559-367-9500. MV3's friend indicated that

1 the phone number belonged to "Miguel."

2       39.    Thereafter, the KCSO officer recontacted MV3 for an interview. MV3 stated she had
3 vaginal intercourse three times with "Miguel" and orally copulated him. She said once was in February
4 shortly after Valentines Day, once in March, and the last time in April. MV3 indicated that they never
5 used condoms, and "Miguel" had ejaculated in her all three times. She said the intercourse happened
6 when she went to visit a family member in Fresno County. She also said "Miguel" had given her the
7 phone that KCSO officers seized, and he had told MV3 that he was twenty-two years old. MV3 stated
8 that "Miguel" was the adult male in the videos.

9       40.    On or about May 20, 2025, at approximately 8:56 PM, a KCSO officer complied a photo
10 line up to present to MV3 to identify "Miguel." MV3 was read the photo lineup admonishment form.
11 MV3 stated she understood the admonishment and signed the form. The officer then presented MV3 six
12 photos in the lineup one at a time. When shown the fourth photo, which was a known photo of
13 **DORANTES** pulled from his California driver's license, MV3 nodded her head up and down. MV3 was
14 shown the other photos of other individuals to confirm, and she indicated the fourth photo was the photo
15 that depicted "Miguel."

16 **State Search Warrant for Phone Number 559-367-9500**

17       41.    On or about May 7, 2025, a KCSO detective obtained a state search warrant for
18 subscriber information from AT&T related to phone number 559-367-9500.

19       42.    On May 9, 2025, AT&T provided returns that indicated the following for phone number
20 559-367-9500:

21     Financial Party:
22         Stephanie Garcia
23     User Information:
24         Miguel Castro

25 The AT&T returns indicated that both the financial party and the user, "Miguel Castro," had addresses
26 located in Fresno, California.

27       43.    On May 21, 2025, a KCSO detective contacted Stephanie Garcia at her residence and
28 obtained a statement. Garcia indicated that phone number 559-367-9500 belonged to her ex-boyfriend,

"Miguel Castro." Garcia said her and Miguel Castro used to live together up until January 2025. The KCSO officer showed Garcia a photo of **DORANTES**, pulled from his California driver's license. Garcia confirmed that was her ex-boyfriend, "Miguel Castro."

**Arrest of DORANTES**

44.   **Miguel Angel DORANTES** was arrested on May 29, 2025, in Fresno. An Apple iPhone was located on his person. Law enforcement obtained a search warrant for his phone, and the forensic examination of the cellphone is currently ongoing.

## V.   CONCLUSION

45.   As outlined above, there is probable cause to believe **Miguel Angel DORANTES** violated 18 U.S.C. §§ 2251(a) and (e) (sexual exploitation of a minor and attempt), 2252(a)(2) (receipt of material involving the sexual exploitation of a minor), and 1470 (transfer of obscene material to a minor). I request that an arrest warrant be issued for **DORANTES** for the violations.

46.   I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

                                                          Jonathan Chang, Special Agent
                                                          Homeland Security Investigations

Affidavit submitted by email/PDF and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) on **Jun 13, 2025**.

                                                          HONORABLE STANLEY A. BOONE
                                                          UNITED STATES MAGISTRATE JUDGE

Approved as to form:
/s/ BRITTANY GUNTER
BRITTANY GUNTER
Assistant U.S. Attorney

13