KIMBERLY A. SANCHEZ
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ANGEL DORANTES,<br>   aka MIGUEL CASTRO,<br><br>Defendant. | CASE NO. 1:25-MJ-00067-SAB<br><br>MOTION AND ORDER TO UNSEAL CASE |

The government moves the Court to unseal the complaint and all other filings in this case. On or about July 23, 2025, the defendant was arrested. He will make his initial appearance on July 24, 2025. Therefore, the case should be unsealed to advise the defendant of the charges against him.

Dated: July 23, 2025

Very truly yours,

KIMBERLY A. SANCHEZ
Acting United States Attorney

/s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

1

1  KIMBERLY A. SANCHEZ
   Acting United States Attorney
2  BRITTANY M. GUNTER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           CASE NO. 1:25-MJ-00067-SAB

12                  Plaintiff,          ORDER TO UNSEAL CASE

              v.
13
   MIGUEL ANGEL DORANTES,
14      aka MIGUEL CASTRO,

15                  Defendant.

16

17     Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered
18 that the complaint and other court filings in the case be UNSEALED.
19     IT IS SO ORDERED

20

21
   DATED: 7/23/2025
22
                                         _Sheila K. Oberto_____
23                                       HON. SHEILA K. OBERTO
                                         UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

                                         2