ERIC GRANT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MIGUEL ANGEL DORANTES,<br><br>        Defendant. | Case No: 1:25-CR-00151-JLT-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Christina Corcoran, counsel for Miguel Angel Dorantes ("the defendant"), that this action's **Wednesday, October 15, 2025, status conference be continued to Wednesday, January 21, 2026, at 1:00 p.m.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause, as follows:

1. The grand jury returned an Indictment regarding this matter on August 7, 2025. ECF 12. The government prepared and delivered an initial set of discovery to defense counsel within the time limits set forth by the Local Rules.

2. The government provided the defense with supplemental discovery on August 22 and

1

October 3, 2025.  The defense is and has been reviewing discovery thus far provided.

3. The government currently believes all discovery has been produced pursuant to Rule 16 or otherwise made available for the defense's inspection and review pursuant to the Adam Walsh Act.  The government will nevertheless follow up with law enforcement to determine the extent supplemental discovery exists.  If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it to defense counsel in accord with Rule 16.

4. As defense counsel completes her analysis of the discovery produced in this case, counsel for the government will work with the defense and the HSI Fresno office to ensure that the defense is able to also timely review, upon its request, any electronic evidence in this case in accord with relevant provisions of the Adam Walsh Act.

5. Defense counsel requires more time to complete her review of the discovery, complete any additional investigation, discuss the case with the defendant, and consult with experts.

6. By the time of the continued status conference and as all discovery is timely reviewed, the parties further intend to explore the extent this case can be resolved prior to trial.

7. Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8. The government does not object to the continuance.

9. The parties therefore stipulate that the period of time from October 15, 2025, through January 21, 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  October 7, 2025                                    ERIC GRANT
                                                           United States Attorney


                                                    By:   /s/ BRITTANY M. GUNTER
                                                          BRITTANY M. GUNTER
                                                          Assistant United States Attorney


Dated: October 7, 2025                              By:   /s/ CHRISTINA CORCORAN
                                                          CHRISTINA CORCORAN
                                                          Attorney for Defendant
                                                          Miguel Angel Dorantes


## **O R D E R**

IT IS ORDERED that the status conference currently set for October 15, 2025, at 1:00 pm is continued until January 21, 2026, at 1:00 pm.

IT IS FURTHER ORDERED THAT the period of time from October 15, 2025, through January 21, 2026, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The parties shall be prepared to select a mutually agreeable trial date at the January 21, 2026, status conference.

IT IS SO ORDERED.

Dated:  **October 9, 2025**                          /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE